1  Jeffrey W. Noe, State Bar No. 167387
   KLEIN, DENATALE, GOLDNER,
2      COOPER, ROSENLIEB & KIMBALL, LLP
   4550 California Avenue, Second Floor
3  Bakersfield, California 93309
   P.O. Box 11172
4  Bakersfield, California 93389-1172
   Telephone: (661) 395-1000
5  Facsimile: (661) 326-041
   Email: jnoe@kleinlaw.co
6

7  Attorneys for Defendan'
   AMERICAN TIMBER  ND STEEL CO., INC.,
8  sued herein and f/k/a MIDWESTERN WHOLESALERS, INC.

9              UNITED STATES DISTRICT COURT

10   NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO/OAKLAND DIVISION

11

12  KEVIN JOYCE,                        | Case No.: _____

13            Plaintiff,                | **CERTIFICATION OF INTERESTED**
                                        | **ENTITIES OR PERSONS**
14      v.
                                        | **[No interest to be certified]**
15  MIDWESTERN WHOLESALERS, INC., an
    Ohio corporation, and
16  DOES 1 through 50, inclusive,

17            Defendants.

18

19      Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

20  named parties, there is no such interest to report.

21

22  Date: October 22, 2007

23                              KLEIN, DeNATALE, GOLDNER,
                                COOPER, ROSENLIEB & KIMBALL, LLP
24

25                              By: _Jeffry W. Noe_____
26                                  Jeffrey W. Noe
                                    Attorneys for Defendant,
27                                  AMERICAN TIMBER AND STEEL CO.,
                                    INC., sued herein and f/k/a MIDWESTERN
28                                  WHOLESALERS, INC.

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309

**PROOF OF SERVICE**

I am employed in the county of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 4550 California Avenue, Bakersfield, California 93309.

On **October 22, 2007**, I served the foregoing document described as follows:

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS.**

[X] by placing the true copies thereof

[ ] by placing the original

addressed as follows:

Sarah S. Wright, Esq.
The Wright Law Firm
340 Redwood Highway, Ste. F229
San Rafael, CA 94903
Attorney for Plaintiff

[X] **BY MAIL**    I enclosed such document in sealed envelope(s) with the name(s) and address(s) of the person(s) served as shown on the envelope(s) and caused such envelope(s) to be deposited in the mail at Bakersfield, California. The envelope(s) was/were mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE**    I placed such document in a facsimile machine (pursuant to *California Rules of Court,* Rule 2003(3)) on _____, at _____, with the fax number of (661)326-0418. Upon facsimile transmission of the document, I obtained a report from the transmitting facsimile machine stating that the facsimile transmission was complete and without error. A copy of the transmission report is attached to this Proof of Service pursuant to *California Rules of Court,* Rule 2008(e).

[ ] **BY ELECTRONIC MAIL**

[ ] **BY OVERNIGHT MAIL SERVICE**

[ ] **BY PERSONAL SERVICE**    I caused such envelope(s) to be delivered by hand to the offices of the addressee(s).

KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB, & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
POST OFFICE BOX 11172
BAKERSFIELD, CALIFORNIA 93389-1172

1

Executed on **October 22, 2007**, at Bakersfield, California.

2    ☐ (State)    I declare under penalty of perjury under the laws of the State of California that
the above is true and correct.

3

4    ☒ (Federal)    I declare that I am employed in the office of a member of the bar of this
court at whose direction the service was made.

5

6    Paula Smith

7    Type or Print Name                                    Signature

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28