Jeffrey W. Noe, State Bar No. 167387
KLEIN, DeNATALE, GOLDNER,
 COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
P.O. Box 11172
Bakersfield, California 93389-1172
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
Email: jnoe@kleinlaw.com

Attorneys for Defendant,
AMERICAN TIMBER AND STEEL CO., INC.,
sued herein and f/k/a MIDWESTERN WHOLESALERS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA–SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| KEVIN JOYCE,<br><br>  Plaintiff,<br><br> v.<br><br>MIDWESTERN WHOLESALERS, INC., an Ohio corporation, and<br>DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No.:  C 07-05404 JCS<br><br>**DISCLOSURE OF RELATED ENTITIES**<br><br>[F.R.Civ.P. 7.1] |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant American Timber and Steel Co., Inc. (sued herein and formerly known as Midwestern Wholesalers, Inc.) states that it does not have any parent corporation nor does any publicly held corporation own 10% or more of its stock.

Date: October 24, 2007

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP

By: /s/ Jeffery W. Noe
Jeffrey W. Noe
Attorneys for Defendant,
AMERICAN TIMBER AND STEEL CO.,
INC., sued herein and f/k/a MIDWESTERN
WHOLESALERS, INC.

# PROOF OF SERVICE

I am employed in the county of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 4550 California Avenue, Bakersfield, California 93309.

On **October 25, 2007**, I served the foregoing document described as follows:

**DISCLOSURE OF RELATED ENTITIES.**

[X] by placing the true copies thereof
[ ] by placing the original

addressed as follows:

Sarah S. Wright, Esq.
The Wright Law Firm
340 Redwood Highway, Ste. F229
San Rafael, CA 94903
Attorney for Plaintiff

[X] **BY MAIL**   I enclosed such document in sealed envelope(s) with the name(s) and address(es) of the person(s) served as shown on the envelope(s) and caused such envelope(s) to be deposited in the mail at Bakersfield, California. The envelope(s) was/were mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE**   I placed such document in a facsimile machine (pursuant to *California Rules of Court,* Rule 2003(3)) on _____, at _____, with the fax number of (661)326-0418. Upon facsimile transmission of the document, I obtained a report from the transmitting facsimile machine stating that the facsimile transmission was complete and without error. A copy of the transmission report is attached to this Proof of Service pursuant to *California Rules of Court,* Rule 2008(e).

[x] **BY ELECTRONIC MAIL**   I caused the above-mentioned documents to be mailed electronically to plaintiffs counsel, Sarah S. Wright, at wright_law@sbcglobal.net, in accordance with General Order No. 45,- - Electronic Case Filing, section IX. A and B.

[ ] **BY OVERNIGHT MAIL SERVICE**

[ ] **BY PERSONAL SERVICE**   I caused such envelope(s) to be delivered by hand to the

1 | offices of the addressee(s).

2 |     Executed on **October 25, 2007**, at Bakersfield, California.

☐ (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Paula Smith
Type or Print Name                        Signature

KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309