Anthony J. Klein
Thomas V. DeNatale, Jr.
Barry L. Goldner
Jay L. Rosenlieb
David J. Cooper
Claude P. Kimball, LL.M (Ret.)
William A. Bruce
Ned E. Dunphy
Leonard K. Welsh
Kevin C. Findley, LL.M
T. Scott Belden
Timothy G. Scanlon
Kenneth A. Holland
Nancy L. Oehler, LL.M **
Jennifer A. Adams
Suellen H. Anderson
Catherine E. Bennett
David D. Blaine
Craig D. Braun
James M. Duncan*
Thomas C. Fallgatter
José A. Guerrero
Joseph D. Hughes
Krystyna L. Jamieson
Paul Lafranchise, LL.M
Gary Logan

Dennis Mullins
Jean M. Pledger
Ryan D. Bright
Lynne Johnson Carrithers
Dustin S. Dodgin
Jacob L. Eaton
Terrence T. Egland
Elizabeth Estrada
Andrew Heglund
Lisa Holder
Herrin Hopper
Steven J. Lee
Tracy L. Marchant
Joshua D. Meier
Alyssa Nieto
Jeffrey W. Noe
Laura Olivier
Joseph S. Pearl
Katy C. Raytis
Heather J. C. Stanley***
L. Richard Walton, LL.M †
Lewis R. Walton, LL.M
Laura M. Williams
OF COUNSEL
Bruce F. Bunker (Ret.)
Mel Ehrlich



**KLEIN·DENATALE·GOLDNER
COOPER·ROSENLIEB & KIMBALL·LLP**

ATTORNEYS AT LAW

January 24, 2008

**E-Filed**

Honorable Joseph C. Spero
USDC –Northern District
15th Floor, Courtroom A
450 Golden Gate Ave.
San Francisco, CA 94102

      Re:    <u>Kevin Joyce v. Midwestern Wholesalers</u>
             Federal Court Case No. C 07-5404 JCS
             Request to appear telephonically at the Initial Case Management Conference

Dear Judge Spero:

     I respectfully request permission to appear telephonically at the initial Case Management Conference scheduled for February 8, 2008, at 1:30 p.m. in the above-referenced case. I live and work in Bakersfield, California. Thus, I request permission to appear by telephone to avoid my client or I incurring approximately nine hours and $2,250 traveling to San Francisco and back.

     The parties held their Rule 26(f) conference on January 16, and I will be prepared to discuss the items to be covered at the CMC.

     Thank you for your consideration of this request. If allowed to appear by telephone, I will be available at (661) 912-3954 (cellular) and (661) 328-5395 (direct dial).

                                          Sincerely,

                                          Jeffrey W. Noe

00464334.000.DOC

*Registered Patent Attorney
** Certified Specialist – Estate Planning, Trust & Probate Law
*** Certified Specialist - Family Law
The State Bar of California Board of Legal Specialization
† Certified Public Accountant (De.)

4550 California Avenue, 2nd Floor, Bakersfield, CA 93309 • P.O. BOX 11172, Bakersfield, CA 93389-1172 • PH: (661) 395-1000 • FX: (661) 326-0418   www.kleinlaw.com