# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Joyce,<br><br>　　　　　　Plaintiff(s),<br><br>　　v.<br><br>Midwestern Wholesalers, Inc.,<br><br>　　　　　　Defendant(s). | 07-05404 JCS MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　The court notifies the parties and counsel that the Mediator assigned to this case is:

**Curt Kirschner**
O'Melveny & Myers LLP
275 Battery St.
San Francisco, CA 94111
415-984-8828
ckirschner@omm.com

　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-05404 JCS MED                - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: February 5, 2008

RICHARD W. WIEKING
Clerk
by:     Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-05404 JCS MED                      - 2 -