# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO. C 07-05404 JCS**

**CASE NAME:** KEVIN JOYCE v. MIDWESTERN WHOLESALERS INC

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: February 8, 2008       **TIME:** 10 mins | **COURT REPORTER**: <u>Not Recorded</u> |
| **COUNSEL FOR PLAINTIFF:** <br> Sarah S. Wright | **COUNSEL FOR DEFENDANT:** <br> Jeffrey W. Noe *(T) |

**PROCEEDINGS:**                                                                             **RULING:**

1. Case Management Conference                                                  Held.

___

**ORDERED AFTER HEARING:**

This case shall be referred to the Court's ADR program for Mediation, to occur within 60 days. An updated joint case management conference statement shall be due by 3/28/8.

___

**ORDER TO BE PREPARED BY:**        ( ) Plaintiff        ( ) Defendant        (X) Court

**CASE CONTINUED TO:** 04/04/08 at 1:30 p.m., for a further case mgmt conference.

___

Number of Depos: None until the next cmc            Discovery Cutoff: 08/01/08

Expert Disclosure: 07/01/08        Expert Rebuttal: 07/15/08        Expert Discovery Cutoff:

Motions Hearing: 08/01/08 at 1:30 p.m.              Pretrial Conference: 11/07/08 at 1:30 p.m.

Trial Date: 11/17/08 at 8:30 a.m.    ( )Jury    (X)Court    Set for 4 days

___

**cc:       Chambers; Karen**
* (T) = Telephonic Appearance