UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JCS KEVIN JOYCE, | No. C 07-5404(JCS) |
|         Plaintiff(s), | |
|   v. | CLERK'S NOTICE |
| MIDWESTERN WHOLESALERS, INC., | |
|         Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Further Case Management Conference set before Magistrate Judge Spero previously noticed for April 4, 2008, at 1:30 p.m., has been reset to **10:30 a.m,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.. Any party requesting a continuance shall submit a stipulation and proposed order.

Dated: March 18, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: /s/ _____
      Frank Justiliano
      Courtroom Deputy