

| | |
|---|---|
| Anthony J. Klein | Dennis Mullins |
| Thomas V. DeNatale, Jr. | Jean M. Pledger |
| Barry L. Goldner | Ryan D. Bright |
| Jay L. Rosenlieb | Lynne Johnson Carrithers |
| David J. Cooper | Dustin S. Dodgin |
| Claude P. Kimball, LL.M (Ret.) | Jacob L. Eaton |
| William A. Bruce | Terrence T. Egland |
| Ned E. Dunphy | Elizabeth Estrada |
| Leonard K. Welsh | Andrew Heglund |
| Kevin C. Findley, LL.M | Lisa Holder |
| T. Scott Belden | Herrin Hopper |
| Timothy G. Scanlon | Steven J. Lee |
| Kenneth A. Holland | Tracy L. Marchant |
| Nancy L. Oehler, LL.M ** | Joshua D. Meier |
| Jennifer A. Adams | Alyssa Nieto |
| Suellen H. Anderson | Jeffrey W. Noe |
| Catherine E. Bennett | Laura Olivier |
| David D. Blaine | Joseph S. Pearl |
| Craig D. Braun | Katy C. Raytis |
| James M. Duncan* | Heather J. C. Stanley*** |
| Thomas C. Fallgatter | L. Richard Walton, LL.M † |
| José A. Guerrero | Lewis R. Walton, LL.M |
| Joseph D. Hughes | Laura M. Williams |
| Krystyna L. Jamieson | OF COUNSEL |
| Paul Lafranchise, LL.M | Bruce F. Bunker (Ret.) |
| Gary Logan | Mel Ehrlich |

**KLEIN · DENATALE · GOLDNER**
**COOPER · ROSENLIEB & KIMBALL · LLP**

ATTORNEYS AT LAW

March 25, 2008

**E-Filed**

Honorable Joseph C. Spero
USDC –Northern District
15th Floor, Courtroom A
450 Golden Gate Ave.
San Francisco, CA 94102

   Re: <u>Kevin Joyce v. Midwestern Wholesalers</u>
     Federal Court Case No. C 07-5404 JCS
     Request to appear telephonically at the Case Management Conference

Dear Judge Spero:

  I respectfully request permission to appear telephonically at the Case Management Conference scheduled for April 4, 2008, at 10:30 a.m. in the above-referenced case. I live and work in Bakersfield, California. Thus, I request permission to appear by telephone to avoid my client or I incurring approximately nine hours and $2,250 traveling to San Francisco and back.

  Thank you for your consideration of this request. If allowed to appear by telephone, I will be available at (661) 912-3954 (cellular) and (661) 328-5395 (direct dial).

Dated: 3/26/8



Sincerely,

Jeffrey W. Noe

00473299.000.DOC

*Registered Patent Attorney
** Certified Specialist – Estate Planning, Trust & Probate Law
*** Certified Specialist – Family Law
The State Bar of California Board of Legal Specialization
† Certified Public Accountant (De.)

4550 California Avenue, 2nd Floor, Bakersfield, CA 93309 • P.O. BOX 11172, Bakersfield, CA 93389-1172 • PH: (661) 395-1000 • FX: (661) 326-0418 **www.kleinlaw.com**