1  Jeffrey W. Noe, State Bar No. 167387
   KLEIN, DENATALE, GOLDNER,
2    COOPER, ROSENLIEB & KIMBALL, LLP
   4550 California Avenue, Second Floor
3  Bakersfield, California 93309
   Telephone: (661) 395-1000
4  Facsimile: (661) 326-0418
5  Email: jnoe@kleinlaw.com

6  Attorneys for Defendant /Counterclaimant

7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO/OAKLAND DIVISION

11

12 KEVIN JOYCE,                          CASE NO. C 07-05404 JCS (MED)

           Plaintiff,                    Assigned to Hon. Joseph C. Spero
13
      v.
14                                       **UPDATED JOINT CASE
   MIDWESTERN WHOLESALERS, INC., an      MANAGEMENT STATEMENT**
15 Ohio corporation, and
   DOES 1 through 50, inclusive,
16
           Defendants.
17 _____       CMC Date:  April 4, 2008
                                         Time:      10:30 a.m.
18 AMERICAN TIMBER AND STEEL CO.,        Courtroom: A
   INC., f/k/a MIDWESTERN
19 WHOLESALERS, INC., an Ohio Corporation,
                                         [Telephonic Appearance by
20         Counterclaimant,              Defendant/Counterclaimant]

21    vs.

22 KEVIN JOYCE, an individual, and ROES
   1 through 10, inclusive,
23
           Counter-Defendants.
24

25     The parties respectfully submit this Updated Joint Case Management Conference
26 Statement, as ordered by the Court in its minute order following the initial Case
27 Management Conference held on February 8, 2008.
28
                                         1

A mediation was held under the Court's ADR program on March 27, 2008. The parties, however, were not able to resolve the matter.

Two issues hindering settlement are determining (i) the number of vacation days plaintiff/counter-defendant Kevin Joyce took during his employment, and (ii) the nature and extent of Joyce's work for other businesses while employed by defendant/counterclaimant American Timber and Steel Co., Inc.

The parties thus propose focusing their initial discovery on these issues. After conducting such narrow discovery, the parties believe they will be better able to make informed decisions on whether to settle.

To permit the parties sufficient time to first conduct narrow discovery on the two issues discussed above, and then to conduct broader discovery thereafter if necessary, the parties respectfully request that all dates in this action (including the current discovery cutoff of August 1, 2008) be continued two months.

DATED: March 28, 2008

THE WRIGHT LAW FIRM

By _____
Sarah S. Wright
Attorneys for Plaintiff/Counter-Defendant

DATED: March 28, 2008

KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP

By _____
Jeffrey W. Noe
Attorneys for Defendant/Counterclaimaint

2

Civil Action No. 07-5404 JCS                    Updated Joint Case Management Statement