# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Joyce,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>Midwestern Wholesalers, Inc.,<br><br>　　　　Defendant(s). | No. C 07-05404 JCS MED<br><br>**Certification of ADR Session** |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) March 27, 2008

2. Did the case settle?　　☐ fully　　☐ partially　　☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. **IS THIS ADR PROCESS COMPLETED?**　　☒ YES　　☐ NO

Dated: 3/27/08

_____
Mediator, Curt Kirschner
O'Melveny & Myers LLP
275 Battery St.
San Francisco, CA 94111

Certification of ADR Session
07-05404 JCS MED　　　　- 1 -