# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**CASE NO. C 07-05404 JCS**

**CASE NAME: KEVIN JOYCE v. MIDWESTERN WHOLESALERS INC**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: April 4, 2008    **TIME**: 11 mins | **COURT REPORTER**: <u>Not Recorded</u> |
| **COUNSEL FOR PLAINTIFF:** Sarah S. Wright | **COUNSEL FOR DEFENDANT:** Jeffrey W. Noe *(T) |

| PROCEEDINGS: | RULING: |
|---|---|
| 1. Further Case Management Conference | Held. |

**ORDERED AFTER HEARING:** This case shall be referred to a magistrate judge for a settlement conference, to occur within 90 days.

Before filing any future discovery motions, lead trial counsel for Plaintiff(s) and lead trial counsel for Defendant(s) shall meet and confer **in person**. The location of the meet-and-confer session shall alternate w/the first meeting location to be at the Plaintiff's office and the second meeting location to be at the Defendant's office. Any side may demand a meeting on ten (10) days' notice. At the conclusion of the meet-and-confer session, the parties shall submit a Joint Letter to the Court, not to exceed 5 total pages, with a detailed summary of the remaining issues, each side's substantive position, and each side's proposed compromise on the issues. Upon receipt of the Joint Letter the Court will determine what future proceedings are necessary.

Parties can stipulate to extend discovery deadlines and submit a stipulation to the Court. Court will not move the dispositive motion hearing, final pretrial conference or trial dates.

**ORDER TO BE PREPARED BY:**    ( ) Plaintiff    ( ) Defendant    (X) Court

**CASE CONTINUED TO:**    08/01/08 at 1:30 p.m., for a motions and further case mgmt conference.

| | |
|---|---|
| **Number of Depos:** | **Discovery Cutoff:** |
| **Expert Disclosure:**    **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**    at 1:30 p.m. | **Pretrial Conference:**  at 1:30 p.m. |
| **Trial Date:**    at 8:30 a.m.  ( )Jury   ( )Court | Set for  days |

cc:    Chambers; Karen, Wings
* (T) = Telephonic Appearance