United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN JOYCE,

        Plaintiff(s),

    v.

MIDWESTERN WHOLESALERS INC,

        Defendant(s).
_____/

Case No. C-07-05404 JCS

**FURTHER CASE MANAGEMENT AND PRETRIAL ORDER**

Following a further case management conference held on **April 4, 2008,**

IT IS HEREBY ORDERED THAT:

1. This case is referred to a magistrate judge for a settlement conference, to occur within ninety (90) days or at the convenience of the assigned judge's calendar.

2. Parties may submit a proposed stipulation to the Court to to extend discovery deadlines only. The Court will not move the dispositive motion hearing, final pretrial conference, or trial dates.

3. Before filing any future discovery motions, lead trial counsel for Plaintiff(s) and lead trial counsel for Defendant(s) shall meet and confer **in person**. The location of the meet-and-confer session shall alternate w/the first meeting location to be at the Plaintiff's office and the second meeting location to be at the Defendant's office. Any side may demand a meeting on ten (10) days' notice. At the conclusion of the meet-and-confer session, the parties shall submit a Joint Letter to the Court, not to exceed 5 total pages, with a detailed summary of the remaining issues, each side's substantive position, and each side's proposed compromise on the issues. Upon receipt of the Joint Letter the Court will determine what future proceedings are necessary.

1      4. A further case management conference is set for **August 1, 2008, at 1:30 p.m.**

2      IT IS SO ORDERED.

4   Dated: April 15, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge

2