UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kevin Joyce, | No. C 07-5404 JCS (WDB) |
|         Plaintiffs, | CLERK'S NOTICE CHANGING TIME OF SETTLEMENT CONFERENCE TO 1:00 P.M. |
| v. | |
| Midwestern Wholesalers, Inc., | |
|         Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the settlement conference scheduled for Thursday, June 19, 2008, at 2:00 p.m., in Courtroom 4, 3rd Floor, United States Courthouse, 1301 Clay Street, Oakland, California, has been moved to **1:00 p.m.**

Dated: June 6, 2008

                                          Richard W. Wieking, Clerk
                                          United States District Court

*Michelle Sicula*
By: Michelle L. Sicula
      Law Clerk/Deputy Clerk

cc: parties,
JCS, WDB

1