UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE WAYNE D. BRAZIL**

CIVIL MINUTE ORDER

Date:  6-19-08          Time: 3.25 hours

DOCKET NO.:    C07-05404 JCS

TITLE OF CASE:    Joyce v. Midwestern Wholesalers, Inc.

ATTORNEY(S):

      Plaintiff:      Sarah Wright

      Defendants:   Jeffrey Noe

**PROCEEDINGS**

| | |
|---|---|
| [] INITIAL STATUS CONFERENCE | [X] SETTLEMENT CONFERENCE (1ST) |
| [] FOLLOW-UP STATUS CONFERENCE | [] FOLLOW-UP SETTLEMENT CONF. |
| [] PRETRIAL CONFERENCE (NOT FINAL) | [] DISCOVERY CONF. (INFORMAL) |
| [] FINAL PRETRIAL CONFERENCE | [] DISCOVERY HEARING (FORMAL) |
| [] NONDISPOSITIVE MOTION (ORDER | [] EXAM. OF JUDGMENT DEBTOR |
| [] NONDISPOSITIVE MOTION (OPINION) | [] EVIDENTIARY HEARING |
| [] DISPOSITIVE MOTION | |
| [ ] OTHER: | |

NOTES

Parties settled entire case on terms set forth in separate memo filed under seal