1  Sarah S. Wright, State Bar No. 161112
   THE WRIGHT LAW FIRM
2  4340 Redwood Highway, Suite F229
   San Rafael, CA 94903
3  Telephone: (415) 472-5900
   Facsimile: (415) 472-5905
4  Email: wright_law@sbcglobal.net

5  Attorney for Plaintiff and Counter-Defendant,
   KEVIN JOYCE
6

7  Jeffrey W. Noe, State Bar No. 167387
   KLEIN, DENATALE, GOLDNER,
8    COOPER, ROSENLIEB & KIMBALL, LLP
   4550 California Avenue, Second Floor
9  Bakersfield, California 93309
   P.O. Box 11172
10 Bakersfield, California 93389-1172
   Telephone: (661) 395-1000
11 Facsimile: (661) 326-0418
   Email: jnoe@kleinlaw.com
12
   Attorneys for Defendant and Counterclaimant,
13 AMERICAN TIMBER AND STEEL CO., INC.,
   sued herein and f/k/a MIDWESTERN WHOLESALERS, INC.
14

15                  UNITED STATES DISTRICT COURT
16              NORTHERN DISTRICT OF CALIFORNIA –
17              SAN FRANCISCO/OAKLAND DIVISION
18

| | |
|---|---|
| 19  KEVIN JOYCE, | Case No. C 07-5404 JCS (WDB) |
| 20         Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND COUNTERCLAIMS** |
| 21    v. | |
| 22  MIDWESTERN WHOLESALERS, INC., an Ohio corporation, and | |
| 23  DOES 1 through 50, inclusive, | |
| 24         Defendants. | |
| 25  AND RELATED COUNTERCLAIM. | Complaint Filed: August 14, 2007<br>Trial Date: November 17, 2008 |
| 26 | |

27

28

IT IS HEREBY STIPULATED by and between KEVIN JOYCE and AMERICAN TIMBER AND STEEL CO. (sued herein and f/k/a MIDWESTERN WHOLESALERS, INC.), through their designated counsel, that the above-entitled action, in its entirety (including all claims and counterclaims), be and hereby is dismissed *with prejudice* pursuant to Rule 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure.

Each party shall bear his or its own respective costs and expenses, including attorneys' fees, incurred in connection with this action.

Date: June 23, 2008

THE WRIGHT LAW FIRM

By: _____
Sarah S. Wright
Attorney for Plaintiff/Counter-Defendant,
KEVIN JOYCE

Date: June 23, 2008

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP

By: _____
Jeffrey W. Noe
Attorneys for Defendant/Counterclaimant,
AMERICAN TIMBER AND STEEL CO., INC.

Dated: June 23, 2008



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA